# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SUSAN RUSSO MARCHAND, ET AL

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL

NO. 2020 CW 0439

JUL 2 2 2020

---

In Re: National Union Fire Insurance Company of Pittsburgh, PA. and AIG Specialty Insurance Company(as alleged Pre-2009 Insurers of Texas Brine Company, LLC), applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34270.

---

BEFORE: GUIDRY, WELCH, AND LANIER, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**JMG**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT